

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00820-CV

Grant R. **MICHAEL**,
Appellant

v.

**WALTON SIGNAGE, LTD.**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-21334
Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
               Irene Rios Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: March 25, 2020

DISMISSED

Appellant has filed a motion to dismiss this appeal and states that appellee does not oppose the motion. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM